No. A–915. BUREAU OF ECONOMIC ANALYSIS, UNITED STATES DEPARTMENT OF COMMERCE v. LONG ET AL. C. A. 9th Cir. Application for stay, presented to JUSTICE REHNQUIST, and by him referred; to the Court, granted. The order heretofore entered by JUSTICE REHNQUIST on May 14, 1981, is continued pending the timely filing and disposition of a petition for writ of certiorari.

No. D–221. IN RE DISBARMENT OF LEIGHTON. Disbarment entered. [For earlier order herein, see 450 U. S. 976.]

No. D–225. IN RE DISBARMENT OF FLORSHEIM. Disbarment entered. [For earlier order herein, see 450 U. S. 977.]

No. D–240. IN RE DISBARMENT OF WALSH. It is ordered that John T. Walsh, of Youngstown, Ohio, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–241. IN RE DISBARMENT OF PRIDE. It is ordered that Hemphill P. Pride II, of Columbia, S. C., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 80–327. VALLEY FORGE CHRISTIAN COLLEGE v. AMERICANS UNITED FOR SEPARATION OF CHURCH AND STATE, INC., ET AL. C. A. 3d Cir. [Certiorari granted, 450 U. S. 909.] Motion of the Solicitor General for divided argument and for additional time for oral argument granted, and 10 additional minutes allotted for that purpose. Respondent Americans United for Separation of Church and State also allotted an additional 10 minutes for oral argument.

No. 80–6654. IN RE REYNOLDS. Petition for writ of habeas corpus denied.